IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10104-2-STA |
| BILLIE FREELAND, | ) | |
| Defendant. | ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on February 5, 2019, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Billie Freeland, appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 14, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 5th day of February, 2019.

                                                  s/ S. Thomas Anderson
                                                 CHIEF JUDGE, U. S. DISTRICT COURT